IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 15 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 3:18cr106 DPJ-LRA

JEROME STEVE,	18 U.S.C. § 1111 (1ST Degree)
KEENAN MARTIN,
MONTE ISAAC, and
KEYSHAWN WILLIS

**The Grand Jury Charges:**

On or about November 2, 2017, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Tucker Community of the Choctaw Indian Reservations in the Indian Country, the defendants, **JEROME STEVE**, a Choctaw Indian, **KEENAN MARTIN**, a Choctaw Indian, **MONTE ISAAC**, a Choctaw Indian **and KEYSHAWN WILLIS**, a Choctaw Indian, aided and abetted by each other, willfully, deliberately, maliciously and with premeditation and malice aforethought, did unlawfully kill D.S., a Choctaw Indian, by kicking and hitting D.S. with hands and fists and striking him with a shovel, metal pipe and a post hole digger in violation of Title 18, United States Code, Sections 1111 (1st Degree), 2 and 1153.

_____
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___15th___ day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE